FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2006 MAR 24  P 4: 31

SIGN
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PATTI K. THORNTON | * |
|     PLAINTIFF | * |
| VS. | *    CIVIL ACTION NO. _____ |
| | * |
| MCGAUGHEY, REBER & ASSOCIATES, INC. | *    COMPLAINT AND |
| D/B/A DIVERSIFIED CREDIT SYSTEMS | *    DEMAND FOR A JURY TRIAL |
|     DEFENDANT | * |

06CV237-RET-DLD

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as the "FCRA").

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §§1692k, 1681p1, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff, Patti K. Thornton (hereinafter referred to as "Ms. Thornton" or "plaintiff"), is a natural person who resides in East Baton Rouge Parish, state of Louisiana. and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, McGaughey, Reber & Associates, Inc. d/b/a Diversified Credit Systems (hereinafter referred to as "Diversified" or "defendant") is a debt collection agency conducting business in the state of Texas whose principal address is 706 Glencrest Lane, Suite A,

Longview, Texas 75601 and whose registered agent for service of process is M. S. McGaughey, 2200 Jahan Trail, Longview, Texas 75604. Defendant, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. Defendant is attempting to collect a debt allegedly owed by Ms. Thornton to the Diagnostic Clinic of Longview in the amount of approximately $80.00.

6. The alleged debt of $80.00 arose out of medical services provided to Ms. Thornton.

7. Ms. Thornton disputed the amount of this alleged debt.

8. Ms. Thornton disputed the listing of this alleged debt by Diversified with Experian Information Solutions, Inc. ("Experian") by mailing a dispute letter to Experian on or about July 13, 2005, and mailing a copy to defendant.

9. Experian notified defendant of this dispute pursuant to 15 U.S.C. § 1681i(a).

10. In response to this dispute, prior to filing this lawsuit, defendant has verified to Experian, a consumer reporting agency, that Ms. Thornton is liable for the entire amount of this alleged debt.

11. Defendant has failed to notify this consumer reporting agencies when it verified this alleged debt that this alleged debt is disputed by Ms. Thornton.

## **VIOLATIONS OF THE FDCPA**

12. Defendant violated the FDCPA by reporting this account to a consumer reporting agency without noting that this account was disputed as required by 15 U.S.C. § 1692e(8).

13. Defendant is liable to plaintiff for her actual damages, additional damages, attorney's fees, and costs.

## VIOLATIONS OF THE FCRA

14. In the entire course of its actions, defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to conduct its reinvestigation duties reasonably to fulfill its duties under § 1681s-2(b) of the Act.

15. As a direct and proximate result of the foregoing acts and omissions of defendant, plaintiff, Ms. Thornton, has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that judgment be entered against defendant, McGaughey, Reber & Associates, Inc. d/b/a Diversified Credit Systems, for actual damages, additional damages, statutory damages, punitive damages, attorney's fees, costs for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

**GARTH J. RIDGE**
Bar Roll Number 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
Email Address: garthridge@aol.com

3

# CIVIL COVER SHEET

JS-44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Thornton, Patti, K.

## DEFENDANTS
McGaughey, Reber & Associates, Inc.
d/b/a Diversified Credit Systems

(b) County of Residence of First Listed: **East Baton Rouge Parish**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
GARTH J. RIDGE
ATTORNEY AT LAW
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Tel: 225-343-0700, Fax: 225-343-7700

Attorneys (If Known)

## II. BASIS OF JURISDICTION
X 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
X 890 Other Statutory Actions

## V. ORIGIN
X 1 Original Proceeding

## VI. CAUSE OF ACTION
Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: X Yes

## VIII. RELATED CASE(S) IF ANY

DATE: March 24, 2006
SIGNATURE OF ATTORNEY OF RECORD: Garth J. Ridge

FOR OFFICE USE ONLY

RECEIPT # 4699002413

Case 3:06-cv-00237-RET-DLD    Document 1    03/24/06    Page 4 of 4