UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PATTI KAY THORNTON                                     CIVIL

VERSUS

MCGAUGHEY, REBER &
ASSOCIATES, INC. D/B/A
DIVERSIFIED CREDIT SYSTEMS                             06-237-C-M3

## ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without prejudice to the right upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, May 9, 2006.

RALPH E. TYSON, JUDGE
MIDDLE DISTRICT OF LOUISIANA